## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Elizabeth Nelson**,    : Chapter **13**
        Debtor(s)    :
            : Case No. **14-18841-mdc**

### CERTIFICATION OF SERVICE

I, Devon E. Sanders, counsel for Debtor(s) herein, certify that I filed the Second Amended Chapter 13 Plan with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the Second Amended Chapter 13 Plan by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009 on August 3, 2016:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
City of Philadelphia, Law Department – Tax Unit
Municipal Services Building
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

, and a copy of Debtor's Second Amended Chapter 13 Plan has been served, by first class mail, postage prepaid, or by electronic means, on the date below to the remaining parties in interest.

Date:  August 3, 2016            Signed:  /s/ Devon E. Sanders
                                          Attorney for the Debtor(s)

                                          Devon E. Sanders, Esquire
                                          Community Legal Services, Inc.
                                          North Philadelphia Law Center
                                          1410 W. Erie Avenue
                                          Philadelphia, PA 19140
                                          Tel.: (215) 227-2400 x 2419
                                          Fax: (215) 227-2435