IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ELIZABETH NELSON         CHAPTER 13
                        Debtor
                                     CASE NO. 14-18841 MDC

**ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR**

To the Clerk of the Bankruptcy Court,

      Kindly enter my appearance as counsel on behalf of the debtor Elizabeth Nelson in the above-captioned bankruptcy case. Please send copies of all notices, pleadings, motions or other filings, as well as any correspondence and other documents related to this matter to my attention at the following address:

                     Montgomery L. Wilson, Esquire
                     COMMUNITY LEGAL SERVICES, INC.
                     North Philadelphia Law Center
                     1410 W. Eire Avenue
                     Philadelphia PA 19140
                     Tel: (215) 227-2400
                     mwilson@clsphila.org


Dated: December 23, 2016       /s/ Montgomery L. Wilson
                                       COMMUNITY LEGAL SERVICES, INC.
                                       North Philadelphia Law Center
                                       1410 W. Eire Avenue
                                       Philadelphia PA 19140
                                       (215) 227-2400
                                       mwilson@clsphila.org