UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Elizabeth Nelson, | : | CHAPTER 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 14-18841-MDC |

## CERTIFICATE OF SERVICE

I, Montgomery L. Wilson, Counsel for Debtor herein, certify that I served a copy of Debtor's Motion to Modify Confirmed Chapter 13 Plan After Confirmation, Notice, and all attachments, by electronic means through the E.D.Pa. electronic filing system and, pursuant to F.R.B.P. 3015(h) and L.B.R. 3015-5(d) on all creditor's listed on the Clerk's service list and on all priority creditors, secured creditors or other creditor's adversely affected by the proposed plan, by first class mail, postage prepaid, on the date below, on the following parties:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Matteo S. Weiner, Esquire
Counsel for PNC Bank, N.A.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

American Heritage Federal Credit Union
Attn: Brian Romaniello
2060 Red Lion Road
Philadelphia, PA 19115

Pamela Elchert Thurmond, Esq.
Counsel for City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: December 13, 2017

/s/ Montgomery L. Wilson
Counsel for Debtor
COMMUNITY LEGAL SERVICES, Inc.
North Philadelphia Law Center
1410 W. Erie Ave
Philadelphia, PA  19140
Tele:  (215) 227-2400