UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Elizabeth Nelson, | : | CHAPTER 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 14-18841-MDC |
| | : | |
| | : | **Hearing: January 18, 2018 at 11 a.m. in Court Room # 2.** |

# NOTICE OF MOTION, RESPONSE DEADLINE
# AND HEARING DATE

The debtor, Elizabeth Nelson, has filed a Motion to Amend Her Bankruptcy Plan with the Court for seeking leave to file a proposed Third Amended Plan after Confirmation.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **01/03/2018 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **01/18/2018, at 11:00 a.m. in Courtroom No. 2, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse , 901 Market Street, Philadelphia, Pennsylvania 19106..**  Unless the court orders otherwise, the hearing on this contested matter will be **an evidentiary hearing.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

    Clerk of the U.S. Bankruptcy Court
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    Telephone: 215-408-2800

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Montgomery L. Wilson, Esq.
    Community Legal Services, Inc.
    1410 W. Erie Avenue
    Philadelphia, PA  19140

    Tele:  (215) 227-2400
    Fax No. (215) 227-2435
    mwilson@clsphila.org

Date: December 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Elizabeth Nelson, | :   CHAPTER 13 |
| | : |
| Debtor | : |
| | :   Bankruptcy No. 14-18841-MDC |

**CERTIFICATE OF SERVICE**

    I, Montgomery L. Wilson, Counsel for Debtor herein, certify that I served a copy of Notice of Debtor's Motion to Modify Confirmed Chapter 13 Plan After Confirmation by electronic means through the E.D.Pa. electronic filing system and, pursuant to F.R.B.P. 3015(h) and L.B.R. 3015-5(e) on all creditor in this case, by first class mail, postage prepaid, on the date below, on the following parties:

See attached Creditor Mailing List

Date: December 13, 2017        /s/ Montgomery L. Wilson
                                              Counsel for Debtor
                                              COMMUNITY LEGAL SERVICES, Inc.
                                              North Philadelphia Law Center
                                              1410 W. Erie Ave
                                              Philadelphia, PA  19140
                                              Tele:  (215) 227-2400

```
Label Matrix for local noticing           (p)CITY OF PHILA SCHOOL DISTRICT OF PHILA    Pennsylvania Department of Revenue
0313-2                                    MUNICIPAL SERVICES BUILDING                  Bankruptcy Division
Case 14-18841-mdc                         1401 JOHN F KENNEDY BLVD 5TH FLOOR           P.O. Box 280946
Eastern District of Pennsylvania          PHILADELPHIA PA 19102-1617                   Harrisburg, PA 17128-0946
Philadelphia
Wed Dec 13 15:48:18 EST 2017

U.S. Attorney Office                      Philadelphia                                 American Heritage Federal Credit Union
c/o Virginia Powel, Esq.                  900 Market Street                            2060 Red Lion Road
Room 1250                                 Suite 400                                    Philadelphia, PA 19115-1699
615 Chestnut Street                       Philadelphia, PA 19107-4233
Philadelphia, PA 19106-4404

Aria Health                               Aria Health                                  Beneficial Consumer Discount Company
4900 Frankford Avenue                     c/o Stevens Business Service                 2700 Sanders Road
Philadelphia, PA 19124-2618               92 Bolt Street, #1                           Prospect Heights, IL 60070-2701
                                          Lowell, MA 01852-5316

Beneficial Consumer Discount Company      Captial One                                  Cavalry SPV I, LLC
c/o  Amy L. Sabolchick, Esq.              P.O. Box 30281                               500 Summit Lake Drive, Ste 400
375 Southpointe BLVD, 4th Floor           Salt Lake City, UT 84130-0281                Valhalla, NY 10595-1340
Canonsburg, PA 15317-8587

City of Philadelphia Bureau of            First Premier Bank                           Macy's
Administrative Adjudication               601 S Minnesota Ave                          P.O. Box 8218
913 Filbert Street                        Sioux Falls, SD 57104-4868                   Mason, OH 45040-8218
Philadelphia, PA 19107-3117

PNC Bank, NA                              PNC Bank, National Asociation                PNC Mortgage
c/o KML Law Group, Suite 5000             249 Fifth Avenue, One PNC Plaza              ATTN: Bankruptcy Department
BNY Independence Center                   Pittsburgh, PA 15222                         3232 Newmark Drive
701 Market Street                                                                      Miamisburg, OH 45342-5433
Philadelphia, PA 19106-1538

(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Sears/Citibank                               Southeast Radiology, Ltd
PO BOX 41067                              PO Box 6282                                  Springfield Hospital
NORFOLK VA 23541-1067                     Sioux Falls, SD 57117-6282                   190 West Sproul Road
                                                                                       Media, PA 19064-2097

Southeast Radiology, Ltd.                 Target National Bank                         United States Trustee
c/o IC Systems                            PO Box 673                                   Office of the U.S. Trustee
PO Box 64378                              Minneapolis, MN 55440-0673                   833 Chestnut Street
Saint Paul, MN 55164-0378                                                              Suite 500
                                                                                       Philadelphia, PA 19107-4405

DEVON E. SANDERS                          Elizabeth Nelson                             MONTGOMERY L. WILSON
Community Legal Services, Inc.            4721 Penn Street                             Community Legal Services, Inc.
North Philadelphia Law Center             Philadelphia, PA 19124-5822                  1410 W. Erie Avenue
1410 W. Erie Avenue                                                                    Philadelphia
Philadelphia, PA 19140-4111                                                            Philadelphia, PA 19140-4111

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105-1229
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Philadelphia<br>Law Revenue Department<br>c/o Pamela Elchert Thurmond<br>1401 JFK Boulevard<br>5th Floor, Municipal Services Bldg<br>Philadelphia, PA 19102 | (d)City of Philadelphia<br>City of Philadelphia Law Dept.<br>Tax Unit/Bankruptcy Dept<br>1515 Arch Street 15th Floor<br>Philadelphia, PA 19102-1595 | (d)City of Philadelphia<br>Law Department  Tax Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA  19102-1595 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28