*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elizabeth Nelson
    Debtor(s)

Case No: 14−18841−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*\*
Motion to Amend Chapter 13 Plan(pre−confirmation)) after Confirmation Filed by Elizabeth Nelson Represented by MONTGOMERY L. WILSON

on: 1/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/28/17

Timothy B. McGrath
Clerk of Court