United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-18841-mdc
Elizabeth Nelson                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen           Page 1 of 2              Date Rcvd: Dec 28, 2017
                              Form ID: 167           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db          +Elizabeth Nelson,    4721 Penn Street,    Philadelphia, PA 19124-5822
13417994    +Aria Health,    4900 Frankford Avenue,    Philadelphia, PA 19124-2618
13417993    +Aria Health,    c/o Stevens Business Service,    92 Bolt Street, #1,    Lowell, MA 01852-5316
13417996    +Beneficial Consumer Discount Company,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
13417995    +Beneficial Consumer Discount Company,    c/o Amy L. Sabolchick, Esq.,
              375 Southpointe BLVD, 4th Floor,    Canonsburg, PA 15317-8587
13417997    +Captial One,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
13417998    +City of Philadelphia Bureau of,    Administrative Adjudication,    913 Filbert Street,
              Philadelphia, PA 19107-3117
13417999    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13418000    +Macy's,   P.O. Box 8218,   Mason, OH 45040-8218
13418001    +PNC Bank, NA,    c/o KML Law Group, Suite 5000,    BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
13418002     PNC Bank, National Asociation,    249 Fifth Avenue, One PNC Plaza,    Pittsburgh, PA 15222
13490500    +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13418003    +Sears/Citibank,    PO Box 6282,   Sioux Falls, SD 57117-6282
13418004    +Southeast Radiology, Ltd,    Springfield Hospital,    190 West Sproul Road,
              Media, PA 19064-2097
13418005    +Southeast Radiology, Ltd.,    c/o IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
13418006    +Target National Bank,    PO Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcy@phila.gov Dec 29 2017 00:38:54    City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13417992    +E-mail/Text: broman@amhfcu.org Dec 29 2017 00:38:45     American Heritage Federal Credit Union,
              2060 Red Lion Road,    Philadelphia, PA 19115-1699
13495947     E-mail/Text: bankruptcy@phila.gov Dec 29 2017 00:38:54    City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13434553    +E-mail/Text: bankruptcy@cavps.com Dec 29 2017 00:38:48    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13461702     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 00:39:23
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DEVON E. SANDERS    on behalf of Debtor Elizabeth  Nelson dsanders@clsphila.org
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MONTGOMERY L. WILSON    on behalf of Debtor Elizabeth  Nelson mwilson@clsphila.org
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Eileen            Page 2 of 2            Date Rcvd: Dec 28, 2017
                              Form ID: 167            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elizabeth Nelson
    Debtor(s)

Case No: 14−18841−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*\*
Motion to Amend Chapter 13 Plan(pre−confirmation)) after Confirmation Filed by Elizabeth Nelson Represented by MONTGOMERY L. WILSON

on: 1/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/28/17

Timothy B. McGrath
Clerk of Court

102 − 97
Form 167