# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Nelson <br> <u>Debtor</u> <br><br> PNC Bank, National Association <br> <u>Movant</u> <br> vs. <br><br> Elizabeth Nelson <br> <u>Debtor</u> <br><br> William C. Miller, Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 14-18841 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby; ORDERED that the deadline to file the Stipulation be extended to **April 3, 2018**.

By the court:

*Magdeline D. Coleman*

United States Bankruptcy Judge

Dated: March 29, 2018