United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth Nelson  
      Debtor

Case No. 14-18841-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Marie     Page 1 of 1     Date Rcvd: Mar 29, 2018  
                       Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.

```
db            +Elizabeth Nelson,    4721 Penn Street,    Philadelphia, PA 19124-5822
13417993      +Aria Health,    c/o Stevens Business Service,    92 Bolt Street, #1,    Lowell, MA 01852-5316
13418001      +PNC Bank, NA,    c/o KML Law Group, Suite 5000,    BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
13418002       PNC Bank, National Asociation,    249 Fifth Avenue, One PNC Plaza,    Pittsburgh, PA 15222
13490500      +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DEVON E. SANDERS    on behalf of Debtor Elizabeth  Nelson dsanders@clsphila.org
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MONTGOMERY L. WILSON    on behalf of Debtor Elizabeth  Nelson mwilson@clsphila.org
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth Nelson <br> <u>Debtor</u> <br><br> PNC Bank, National Association <br> <u>Movant</u> <br> vs. <br><br> Elizabeth Nelson <br> <u>Debtor</u> <br><br> William C. Miller, Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 14-18841 MDC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby; ORDERED that the deadline to file the Stipulation be extended to **April 3, 2018**.

By the court:

Dated: March 29, 2018

*Magdeline D. Coleman*
United States Bankruptcy Judge