# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Elizabeth Nelson

<u>Debtor</u>

PNC Bank, National Association

<u>Movant</u>

      vs.

Elizabeth Nelson

<u>Debtor</u>

William C. Miller, Esq.

<u>Trustee</u>

CHAPTER 13
BK NO: 14-18841 MDC

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby; ORDERED

that the deadline to file the Stipulation be extended to **April 17, 2018**.

By the court:

_Magdeline D. Coleman_
_____
United States Bankruptcy Judge

Dated:  April 5, 2018