Certificate Number: 03461-PAE-DE-031818959

Bankruptcy Case Number: 14-18841



03461-PAE-DE-031818959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2018, at 11:09 o'clock AM EDT, Elizabeth Nelson completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Delaware Valley dba Clarifi , a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 26, 2018         By:   /s/Christine Medina

Name:   Christine Medina

Title:   Counselor